1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RAYMOND THOMPKINS,**                    Case No.  2:23-cv-00449-TLN-JDP

12
                                  Petitioner,    **[PROPOSED] ORDER ENLARGING
13                                               TIME**

        **v.**
14

15   **LUIS MARTINEZ AND JEFF
     MACOMBER,**
16
                                 Respondents.
17

18
        FOR GOOD CAUSE SHOWN respondent's motion to extend time to file a response to the
19
     Petition for Writ of Habeas Corpus is GRANTED.  The response shall be filed on or before June
20
     22, 2023.  If respondent files an Answer, Petitioner's Traverse, if any, shall be filed within thirty-
21
     five (30) days of the filing of respondent's Answer.  If respondent moves to dismiss, petitioner's
22
     opposition or statement of non-opposition shall be filed within twenty-one (21) days of the filing
23
     of respondent's motion.
24

25

26

27

28

1

2   IT IS SO ORDERED.

3

4   Dated:    May 23, 2023                          _____

                                                    JEREMY D. PETERSON
5                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28