IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND THOMPKINS,** | Case No. 2:23-cv-00449-TLN-JDP (HC) |
| Petitioner, | **[PROPOSED]** ORDER |
| v. | |
| **LUIS MARTINEZ AND JEFF MACOMBER,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN respondents' motion to extend time to file a response to the Petition for Writ of Habeas Corpus is **GRANTED**. The response shall be filed on or before July 22, 2023. If respondents files an Answer, Petitioner's Traverse, if any, shall be filed within thirty-five (30) days of the filing of respondents' Answer. If respondents move to dismiss, petitioner's opposition or statement of non-opposition shall be filed within twenty-one (21) days of the filing of respondents' motion.

IT IS SO ORDERED.

Dated:    June 22, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE